**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TERENCE MCPHAUL,

Plaintiff

vs.

AID ATLANTA, INC.; and Kim Anderson (in her professional and individual capacity); Elaine Alberti (in her professional and individual capacity); Larry Williams (in his professional and individual capacity); Chris Parsons (in his professional and individual capacity); Amy Richter (in her professional and individual capacity); Raphael Holloway (in his professional and individual capacity); and LaTonya Wilkerson (in her professional and individual capacity),

Defendants.

Civil Action No.
1:03-CV-1525-WBH

Entered as dismissed pursuant to Rule 41(a)(I)(ii), F.R.C.P.
Luther D. Thomas, Clerk
By: Deputy Clerk

**JOINT STIPULATION OF DISMISSAL**

The Parties, Plaintiff Terence McPhaul and Defendants Aid Atlanta, Inc., Kim Anderson, Elaine Alberti, Larry Williams, Chris Parsons, Amy Richter, Raphael Holloway and LaTonya Wilkerson have hereby agreed to amicably resolve any and all claims by Plaintiff against Defendants, including any and all claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and hereby

stipulate, consent and agree to dismiss the instant action. Plaintiff Terence McPhaul's claims are dismissed with prejudice and AID Atlanta, Inc.'s claims are dismissed without prejudice. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted this 15th day of October, 2003.

Terence McPhaul
300 Peachtree Street, N.E
Unit 17F
Atlanta, Georgia 30308
Telephone: (404) 584-7623

By: [signature]
Terence McPhaul

PLAINTIFF

JACKSON LEWIS LLP
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, GA 30303
Telephone: (404) 525-8200
Facsimile: (404) 525-1173

By: [signature]
C. Dan Wyatt, III

ATTORNEY FOR DEFENDANTS